# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APR SUPPLY COMPANY, | : | Civil No. 1:22-cv-01887 |
| Plaintiff, | : | |
| v. | : | |
| AVALON CORPORATE SOLUTIONS CORP., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 27th day of February, 2023, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendant's motion to dismiss, Doc. 5, is **DENIED**.  **IT IS FURTHER ORDERED THAT** a telephone conference is scheduled for **March 22, 2023, at 10:45 a.m.** to set deadlines in this case.  The parties shall call-in to the conference call number 877-336-1828, using the access code 252954.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania